IVAN M. CROCKETT,                          :
                    Plaintiff,             :
          v.                               : Case No. 3:11-cv-272-KRG-KAP
ROBERT MILLER,                             :
                    Defendant              :

## Memorandum Order

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b), and Local Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on January 29, 2014, docket no. 111, recommending that defendant's motion for summary judgment, docket no. 80, be granted and plaintiff's motion for summary judgment, docket no. 86, be denied.

The parties were notified that, pursuant to 28 U.S.C.§ 636(b)(1), they had fourteen days to file written objections to the Report and Recommendation. Plaintiff filed timely objections at docket no. 112, that I have reviewed.

After de novo review of the record, the Report and Recommendation, and the timely objections thereto, the following judgment order is entered:

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IVAN M. CROCKETT,                    :
              Plaintiff,             :
        v.                           : Case No. 3:11-cv-272-KRG-KAP
ROBERT MILLER,                       :
              Defendant              :

JUDGMENT (see Fed.R.Civ.P. 58(b)(1)(C))

AND NOW, this _14th_ day of February, 2014, it is

ORDERED that summary judgment is ordered in favor of the

defendant. The Report and Recommendation is adopted as the opinion

of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by ECF to counsel of record and by U.S. Mail to:

        Ivan M. Crockett JS-1105
        S.C.I. Somerset
        1600 Walters Mill Road
        Somerset, PA 15510