IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IVAN M. CROCKETT,  :
    Plaintiff,  :
    v.  : Case No. 3:11-cv-272-KRG-KAP
ROBERT MILLER,  :
    Defendant  :

## Memorandum Order

Plaintiff's "Motion to Alter or Amend Judgment" at docket no. 115, was referred to Magistrate Judge Keith A. Pesto in accordance with 28 U.S.C.§ 636(b)(3) and Local Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on June 9, 2014, docket no. 117, recommending that the motion be denied. The parties were notified, pursuant to 28 U.S.C.§ 636(b)(1), that they had fourteen days to serve and file written objections to the Report and Recommendation. Plaintiff filed timely objections at docket no. 118 that are meritless.

Upon de novo review of the record of this matter and the Report and Recommendation, the following order is entered:

AND NOW, this 4th day of August, 2014, it is

ORDERED that the motion at docket no. 115 is denied.

BY THE COURT:

/s/ Kim R. Gibson

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by ECF to counsel of record and by U.S. Mail to:

Ivan M. Crockett JS-1105
S.C.I. Somerset
1600 Walters Mill Road
Somerset, PA 15510